AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.   ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEI ~~THOMAS G. BRUTON, CLERK~~

*Anya Ellis*

(By) DEPUTY CLERK

DATE
February 21, 2013

DATE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of ILLINOIS

Case Number: 13-CV-1368

Plaintiff:
**TARANEH VASSAL**

vs.

Defendant:
**CARIBBEAN CRUIZE LINE, INC., THE BERKLEY GROUP, INC, and DOES 1-10**

For:
Daniel Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. Lasalle Street,
18th Floor
Chicago, IL 60603

Received by F.E.D. Process Servers, Inc. on the 11th day of March, 2013 at 5:00 pm to be served on **The Berkley Group, Inc, 3015 North Ocean Boulevard, Suite 121, Ft. Lauderdale, FL 33308.**

I, Frances Dixon, being duly sworn, depose and say that on the **15th day of March, 2013 at 11:47 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TAMMY ARCHARD as EXECUTIVE ASSISTANT FOR REBECCA FOSTER (PRESIDENT)**, a person employed therein and authorized to accept service for **The Berkley Group, Inc** at the address of: **2626 E. OAKLAND PARK BLVD, FT. LAUDERDALE, FL 33304**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 140, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 31st day of March, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

JOHN B. McADAMS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208129
Expires 8/11/2016

Frances Dixon
SPS #620

F.E.D. Process Servers, Inc.
5079 N. Dixie Hwy. # 330
Oakland Park, FL 33334
(954) 245-8440

Our Job Serial Number: FED-2013000459
Ref: ECL&G File No.:L 27951

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m